UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LUIS SERGIO CAMACHO, individually and
on behalf of all other similarly situated,
                 Plaintiff,

v.

THE BARRIER GROUP INC., doing business
as Drip Drop Waterproofing; SUB
ENTERPRISES INC., doing business as Drip
Drop Waterproofing; and JOEL REICH,
                 Defendants.
-----------------------------------------------------------x

**ORDER**

22 CV 1156 (VB)



Copies Mailed/Faxed 8/31/22
Chambers of Vincent L. Briccetti

      On August 25, 2022, the Court granted attorney Nolan Klein's motion to withdraw as counsel for defendants. (Doc. #25). On August 30, 2022, Mr. Klein served a copy of the Court's Order on his clients and provided to the Court a mailing address for defendant Joel Reich, who is now proceeding in this case without an attorney. (Doc. #26).

      **Mr. Reich is directed to appear for the case management conference on September 14, 2022, at 11:00 a.m.** The conference shall proceed by telephone. At the time of the scheduled conference, plaintiff's counsel and Mr. Reich shall use the following information to connect by telephone:

      **Dial-In Number:** (888) 363-4749 (toll free) or (215) 446-3662;
      **Access Code:** 1703567.

      If defendants have retained new counsel by September 14, 2022, new counsel shall file their notice of appearance and must also attend the September 14, 2022, conference.

      The Clerk is directed to update defendant Joel Reich's address on the docket to reflect the address below:

      Joel Reich
      435 Bellvale Road
      Chester, New York 10918

Chambers will mail a copy of this Order to Mr. Reich at the address listed above.

Dated: August 31, 2022
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge