UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-------------------------------------------------------------x

LUIS SERGIO CAMACHO, individually and         :
on behalf of all other similarly situated,
                                    Plaintiff,          :

                                                       :

v.                                                     :          **ORDER**

                                                       :

THE BARRIER GROUP INC., doing business        :          22 CV 1156 (VB)
as Drip Drop Waterproofing; SUB
ENTERPRISES INC., doing business as Drip       :
Drop Waterproofing; and JOEL REICH,           :
                                    Defendants.        :

-------------------------------------------------------------x

As discussed at a conference held today, which plaintiff's counsel attended in person and defense counsel attended by telephone, it is HEREBY ORDERED:

1.      Counsel shall discuss settlement in good faith.

2.      Counsel shall discuss whether the parties are willing to consent to conducting all further proceedings before a magistrate judge, including motions and trial.

3.      Counsel shall discuss next steps in this litigation.

4.      A status conference is scheduled for **October 28, 2022, at 9:30 a.m.** in Courtroom 620 in the White Plains courthouse, which all counsel are directed to attend in person.

Dated: October 19, 2022
          White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge