UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUIS SERGIO CAMACHO, *individually and
on behalf of all others similarly situated*,

                          Plaintiff,                    **ORDER**

      -against-                         22-cv-1156 (AEK)

THE BARRIER GROUP INC., *et al.*,

                          Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Clerk of Court is hereby respectfully directed to modify the caption in this action so that it reads as follows:

LUIS SERGIO CAMACHO,

                          Plaintiff,

      -against-

THE BARRIER GROUP INC. and
SUB ENTERPRISES INC. d/b/a DRIP DROP
WATERPROOFING and JOEL REICH,

                          Defendants.

Dated:  May 31, 2023
          White Plains, New York

                                              **SO ORDERED.**

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge