UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS SERGIO CAMACHO,

                        Plaintiff,                  **RESCHEDULING ORDER**

       -against-                           22-cv-1156 (AEK)

THE BARRIER GROUP INC. and
SUB ENTERPRISES INC. d/b/a DRIP DROP
WATERPROOFING and JOEL REICH,

                        Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On June 5, 2023, the Court issued an order scheduling a conference on the motion to withdraw as counsel filed by the current attorney for Defendants The Barrier Group Inc. and Sub Enterprises, Inc. d/b/a Drip Drop Waterproofing ("Barrier Group") and Joel Reich. *See* ECF No. 52. Currently before the Court is a joint letter motion from the parties seeking an adjournment of the June 8, 2023 in-person conference and that Plaintiff's counsel be permitted to participate telephonically. ECF No. 59. That application is GRANTED IN PART and DENIED IN PART.

      The conference is hereby rescheduled to take place on **Tuesday, June 13, 2023 at 2:00 p.m.** in Courtroom 250 in the United States Courthouse, 300 Quarropas Street, White Plains, New York. As previously ordered, Mr. Reich, the individual defendant, is directed to appear in person at the conference and failure to appear at the conference may result in the imposition of sanctions. All counsel must also attend the conference in person, and telephonic appearance will not be permitted. Even though Plaintiff's counsel is not opposing the motion to withdraw, the Court also intends to have some discussion at this conference about trial scheduling.

Counsel for Defendants is directed to serve a copy of this Order on his clients by email and must file proof of service on the docket by no later than June 7, 2023.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 59.

Dated: June 6, 2023
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge