UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LUIS SERGIO CAMACHO,

                Plaintiff,                          **ORDER**

       -against-                             22 Civ. 1156 (AEK)

THE BARRIER GROUP INC.,
SUB ENTERPRISES INC. d/b/a DRIP DROP
WATERPROOFING, and JOEL REICH,

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court held a conference in this matter on August 10, 2023, during which Defendants failed to appear.  This marks the third instance in which, in contravention of the Court's specific orders to appear, *see* ECF Nos. 52, 63, 65, Defendant Joel Reich has either failed to appear, or else notified Plaintiff's counsel that he would not be attending a scheduled proceeding, leading the Court to adjourn and reschedule the proceeding.  At no point has Mr. Reich communicated with the Court to seek an adjournment or otherwise inform the Court that he could not attend any proceeding on the scheduled date.  To provide Mr. Reich one final opportunity to appear, an in-person status conference is hereby scheduled for Friday, September 8, 2023 at 11:30 a.m.  **As previously ordered, failure to appear at the September 8, 2023 conference may result in the imposition of sanctions, including payment of the attorneys' fees and expenses for all counsel appearing at the conference.**

      During the August 10, 2023 conference, the Court authorized Plaintiff to move for a default judgment against the corporate defendants, The Barrier Group Inc. and Sub Enterprises, Inc. d/b/a Drip Drop Waterproofing ("Barrier Group").  Should Mr. Reich fail to appear for the

September 8, 2023 conference, the Court will authorize Plaintiff to seek a default judgment against Mr. Reich as well.

Chambers staff will send a copy of this order to Mr. Reich by email, and the Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Defendant.

Dated: August 10, 2023
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge