UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LUIS SERGIO CAMACHO,

                     Plaintiff,                       **ORDER**

        -against-                       22 Civ. 1156 (AEK)

THE BARRIER GROUP INC.,
SUB ENTERPRISES INC. d/b/a DRIP DROP
WATERPROOFING, and JOEL REICH,

                     Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Pursuant to the Court's order issued on August 10, 2023, Defendant Joel Reich was directed to appear at the September 8, 2023 status conference in this matter.  *See* ECF No. 66. Neither Mr. Reich, nor any attorney acting on his behalf appeared at the conference.  The Court has not received any communication from Mr. Reich, and counsel for Plaintiff reported to the Court at the September 8, 2023 status conference that he has not had any communication with Mr. Reich since the August 10, 2023 status conference.

      Accordingly, as stated on the record at the September 8, 2023 status conference, Plaintiff may now seek entry of a default judgment against Mr. Reich using the following procedures:

1. Prepare a proposed Order to Show Cause for default judgment and make the Order returnable before Magistrate Judge Andrew E. Krause in Courtroom 250 of the United States Courthouse, 300 Quarropas Street, White Plains, New York.  Leave blanks for the Court to fill in: (i) the date and time at which the Order to Show Cause will be heard; (ii) the date by which the moving party must serve the Order to Show Cause and supporting documents on the non-moving party; and (iii) the date by which the non-moving party must file opposition papers.

2. The following documents must accompany the Order to Show Cause:

    A. an attorney's affidavit or declaration:

        1. attaching:

            a) copies of the pleadings; and

            b) a copy of the affidavit of service of the original summons and complaint;

        and

        2. setting forth:

            a) why a default judgment is appropriate;

            b) the proposed statement of damages and the basis for each element of damages including interest, attorney's fees, and costs; and

            c) legal authority for why an inquest would be unnecessary (if applicable);

    B. a proposed default judgment, including damage and interest calculations;

3. Electronically file the proposed Order to Show Cause using the filing event PROPOSED ORDERS and the document PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Electronically file the following documents as separate ECF filing events: (i) the attorney's AFFIDAVIT or DECLARATION in support; and (ii) the PROPOSED DEFAULT JUDGMENT using the filing event found under PROPOSED ORDERS.

4. After Magistrate Judge Krause signs the Order to Show Cause, it will be docketed. The moving party must then serve a copy of the Order to Show Cause, and the supporting documents, on the defendant as directed in the Order to Show Cause.

5. Proof of service on the potentially defaulting defendant of a copy of the Order to Show Cause and supporting documents must be electronically filed three (3) business days in advance of the return date.

The Order to Show Cause is to be filed **by no later than September 27, 2023**.

Plaintiff was previously authorized to seek entry of a default judgment against the corporate defendants using these same procedures. See ECF No. 67.

Chambers staff will send a copy of this order to the individual *pro se* Defendant by email, and the Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Defendant.

Dated: September 8, 2023
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge