

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

October 27, 2023

**Via ECF:**
The Honorable Andrew E. Krause, U.S.M.J.
United States District Judge
Southern District Of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Camacho v. The Barrier Group Inc., et al*
Civil Docket No. 22-cv-01156-AEK

Dear Judge Krause:

Our office represents the Plaintiff in this FLSA Action, and we respectfully submit this letter motion, to request the Court for a 2-week extension or until November 10, 2023 to file Plaintiff's supplemental submissions and a short adjournment of the November 1, 2023 hearing on the order to show cause, pursuant to the Court's Order dated October 20, 2023. We kindly ask that the hearing be adjourned to a date after the proposed November 10, 2023 deadline for filing.

We make this request as we are still in the process of preparing the necessary documents for the Court's review and reviewing with the Plaintiff. This is the Plaintiff's first request for an extension of this deadline and this request will not affect any other dates or deadlines.

We thank The Court for its kind consideration on this matter, and we remain available to provide any additional information.

Respectfully submitted,

*Avraham Y. Scher*
Avraham Y. Scher, Esq.

APPLICATION GRANTED. Plaintiff's request for a two-week extension to file his supplemental submissions is granted. But because November 10, 2023 is a holiday, Plaintiff's submissions are due by November 13, 2023. That same day, Plaintiff must serve the submissions on Defendants and file proof of service on the docket. Additionally, the hearing on the order to show cause is adjourned to Monday, November 20, 2023 at 11:00 a.m. (this is a modification of the date set forth in ECF No. 73).

Chambers staff will send a copy of this order, and the Court's prior order at ECF No. 76, to the *pro se* Defendants by email. The Clerk of Court is respectfully directed to mail a copy of this order, and the Court's prior order at ECF No. 76, to the individual *pro se* Defendant.

Dated: October 30, 2023

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge