UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

LUIS SERGIO CAMACHO,

                      Plaintiff,                    22 Civ. 1156 (AEK)

      -against-                          **ORDER**

THE BARRIER GROUP INC., SUB
ENTERPRISES INC. d/b/a DRIP DROP
WATERPROOFING, and JOELREICH,
as an individual,

                      Defendants.
---------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The final pretrial conference in this matter was held on April 23, 2025. Various trial related issues were discussed on the record.

      Among the matters addressed at the conference were Plaintiff's motions in *limine* (ECF No. 124) and Defendants' motion in *limine* (ECF No. 125). The Court issued oral rulings on those motions at the conference which are memorialized below.

      1.     Plaintiff's motion to preclude evidence relating to Plaintiff's immigration status is GRANTED.

      2.     Plaintiff's motion to preclude evidence relating to Plaintiff's payment or non-payment of income taxes is GRANTED.

      3.     Defendants' motion to preclude evidence relating to individual defendant Joel Reich's criminal conviction is DENIED. This evidence may be used at trial in a manner that is consistent with Rule 609(a)(2) of the Federal Rules of Evidence.

At the conference, the Court also confirmed which of his claims Plaintiff intends to present to the jury at trial. In accordance with that discussion, the Court dismisses the following claims"

1. Plaintiff's claim for violation of the notice and recordkeeping requirements of the New York Labor Law (the third cause of action in the Complaint) is dismissed with prejudice.

2. Plaintiff's claim for violation of the wage statement requirements of the New York Labor Law (the fourth cause of action in the Complaint) is dismissed with prejudice.

In addition, Plaintiff confirmed that he is now only pursuing the relief sought in the Complaint individually, and is no longer pursuing any claim on behalf of others who may be similarly situated to him.

The Clerk of Court is respectfully directed to mark the motion at ECF No. 124 as GRANTED and to mark the motion at ECF No. 125 as DENIED.

Dated: April 23, 2025
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge