UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LUIS SERGIO CAMACHO,

                     Plaintiff,                       22 Civ. 1156 (AEK)

      -against-                             **JUDGMENT**

THE BARRIER GROUP INC., SUB
ENTERPRISES INC. d/b/a DRIP DROP
WATERPROOFING, and JOEL REICH,
as an individual,

                     Defendants.

-----------------------------------------------------------x

**WHEREAS**, Plaintiff Luis Sergio Camacho ("Plaintiff") brought the above-entitled action against Defendants The Barrier Group, Inc., Sub Enterprises, Inc. d/b/a Drip Drop Waterproofing, and Joel Reich, as an individual (collectively, "Defendants");

**WHEREAS**, this action was assigned to the undersigned by consent of the parties pursuant to 28 U.S.C. § 636(c) on October 27, 2022, ECF No. 34;

**WHEREAS**, the parties reached a settlement to resolve all claims asserted in this matter;

**WHEREAS**, on May 1, 2025, the Court issued a Decision and Order approving the parties' Settlement Agreement (ECF No. 137-1) in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), *see* ECF No. 139;

**WHEREAS**, as set forth in the May 1, 2025 Decision and Order, the Court, in accordance with the parties' intentions as set forth in Paragraph 3 of the Settlement Agreement, retained jurisdiction for the purpose of enforcing the terms of the Settlement Agreement;

**WHEREAS**, as part of the Settlement Agreement, Defendants executed an affidavit of confession of judgment, *see* ECF No. 149-7 ("Confession of Judgment");

**WHEREAS**, Defendants have defaulted on their obligations under the Settlement Agreement; and

**WHEREAS**, the Court has issued a Decision and Order granting Plaintiff's motion to enforce the Settlement Agreement and to enter judgment against Defendants, which confirmed that Defendants have defaulted on their obligations under the Settlement Agreement, and that Plaintiff has satisfied all conditions for the entry of judgment against Defendants in accordance with the Confession of Judgment, *see* ECF No. 154;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff have judgment as against Defendants The Barrier Group, Inc., Sub Enterprises, Inc. d/b/a Drip Drop Waterproofing, and Joel Reich, as an individual, jointly and severally, in the amount of **$150,000.00**, as well as for statutory costs in an amount to be determined, reasonable attorneys' fees incurred in the process of entering and enforcing this Judgment in an amount to be determined, and post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of this Judgment.

Dated:  January 28, 2026
       White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge
